UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KENESAW LEASING, INC.,          )
                                )
          Plaintiff,            )
                                )
v.                              )          No. 3:06-CV-220
                                )          (Shirley)
THOMAS M. DEATON and            )
JACKQUELINE DEATON,             )
                                )
          Defendants.           )

## MEMORANDUM AND ORDER

The plaintiff filed a motion for judgment on the pleadings or, in the alternative, for summary judgment [Doc. 4] on July 18, 2006. The defendants did not file a response to this motion. The District Court previously entered an Order [Doc. 8], directing the defendants to show cause in writing on or before September 18, 2006, why the plaintiff's motion should not be granted. The defendants did not file any response to the District Court's show cause order.

The parties have now consented to the undersigned pursuant to 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure for all further proceedings, including entry of judgment. [Doc. 9]. Accordingly, the defendants Thomas M. Deaton and Jackqueline Deaton are hereby **DIRECTED** to **SHOW CAUSE** why the plaintiff's motion should not be granted and judgment entered in favor of the plaintiff. A show cause hearing will be held by the undersigned on **October 25, 2006 at 9:30 a.m.**

The defendants are hereby put on notice that failure to respond to the plaintiff's motion may be deemed a waiver of any opposition to the relief sought. E.D. TN. LR 7.2.

**IT IS SO ORDERED.**

**ENTER:**

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge