UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KENESAW LEASING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:06-CV-220 |
| | ) (Shirley) |
| THOMAS M. DEATON and | ) |
| JACQUELINE DEATON, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motion for judgment on the pleadings or in the alternative for summary judgment by the plaintiff Kenesaw Leasing, Inc. The Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, having rendered a decision on the plaintiff's motion,

It is **ORDERED and ADJUDGED** that the plaintiff be awarded a judgment in the sum of One Hundred Sixteen Thousand Nine Hundred and Ninety-Four Dollars and Sixty-Four Cents ($116,994.64), with postjudgment interest thereon as provided by 28 U.S.C. § 1961.

**ENTER:**

*s/ Patricia L. McNutt*
PATRICIA L. MCNUTT
CLERK OF COURT